FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

SEP 19 2011

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| VERGIL ANN JACKSON, Plaintiff, vs. RGIS, Defendant. | ORDER<br><br>Case No. 2:10-cv-360<br><br>Judge Dee Benson |

Before the Court is the Report and Recommendation issued by United States Magistrate Judge Samuel Alba on August 21, 2011. Judge Alba recommended that the court grant RGIS' motion to dismiss. The parties were notified of their right to file objections to the Report and Recommendation by September 9, 2011.

On September 9, 2011, plaintiff filed an objection to the Report and Recommendation. Subsequently, on September 12, 2011, plaintiff filed an additional objection. The court is unable to decipher any legal argument from plaintiff's objections. It appears to the court that plaintiff simply filed exhibits.

Federal Rule of Civil Procedure 72(b) requires the court to review "de novo any part of the magistrate judge's disposition that has been properly objected to." As part of this review the court "may accept, reject, or modify the recommended disposition." Fed. R. Civ. P. 72(b)(3).

Having reviewed all relevant materials, including the reasoning set forth in Magistrate

Judge Alba's Report and Recommendation, and attempting to decipher plaintiff's objections, the court ADOPTS the Report and Recommendation.

DATED this 16 day of September, 2011.

_____
Dee Benson
United States District Judge